**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00647-CV

**STACEY REED, Appellant**

**V.**

**STEPHEN REED, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51554-2013**

## ORDER

The deadline for filing the record in this appeal has been extended three times at appellant's request. The reporter's record has now been filed, but the clerk's record remains due. Collin County's online docket reflects appellant requested the clerk's record October 8, 2015, two weeks before the latest deadline of October 23, 2015, but the District Clerk did not inform appellant of the cost until October 22, 2015. The online docket does not reflect whether appellant has paid for the record.

Because this appeal cannot proceed without the clerk's record, we **ORDER** Collin County District Clerk to file, no later than November 13, 2015, either the clerk's record or written verification appellant has failed to pay for the record. Because nothing in the record reflects appellant is entitled to proceed in this appeal without prepayment of costs, we caution

appellant we will dismiss the appeal without further notice should we receive verification she has failed to pay for the record. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

/s/ CRAIG STODDART
JUSTICE